1

2

3

4

5

6

7                                    **UNITED STATES DISTRICT COURT**

8                                         **DISTRICT OF NEVADA**

9

10    NATIONSTAR MORTGAGE LLC,                    )
                                                  )      Case No. 2:17-cv-01586-RFB-NJK
11                      Plaintiff(s),             )
                                                  )
12    vs.                                         )      ORDER
                                                  )
13    SUNRISE RIDGE MASTER HOMEOWNERS             )      (Docket No. 26)
      ASSOCIATION, et al.,                        )
14                                                )
                        Defendant(s).             )
15    _____)

16          Pending before the Court is Defendant HOA's motion to stay discovery pending resolution of

17    its motion to dismiss. *See* Docket No. 26; *see also* Docket No. 14 (motion to dismiss). Plaintiff filed

18    a response in opposition, and Defendant filed a reply. Docket No. 27, 30. As Defendant's moving

19    papers acknowledge, one of the requirements for seeking a stay of all discovery pending resolution of

20    a motion to dismiss is that the motion to dismiss is potentially case-dispositive in scope. *See* Docket

21    No. 26 at 4 (discussing *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. Oct. 29, 2013));

22    *see also  Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602 ("the pending motion must be potentially

23    dispositive of the entire case or at least dispositive on the issue on which discovery is sought"). In this

24    case, Defendant's motion to dismiss on its face challenges only Plaintiff's quiet title/declaratory relief

25    claim. *See* Docket No. 14 at 7-9. While Defendant argues in conjunction with the stay motion that a

26    ruling in its favor on the motion to dismiss will also impact the other claims brought by Plaintiff, *see*

27    Docket No. 30 at 2, it fails to show that a ruling in its favor on the motion to dismiss will actually

28    dispose of the entire case such that a blanket stay of discovery is warranted.

1  Accordingly, the motion to stay discovery is **DENIED**.

2  IT IS SO ORDERED.

3  DATED: September 12, 2017

4  _____
   NANCY J. KOPPE
5  United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28