MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendants Saticoy Bay LLC
Series 4039 Meadow Foxtail Dr. and
4039 Meadow Foxtail Dr Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; 4039 MEADOW FOXTAIL DR. TRUST; SATICOY BAY LLC, SERIES 4039 MEADOW FOXTAIL DR.; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:17-cv-01586-RFB-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DATE TO FILE MOTIONS AND PRETRIAL ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Saticoy Bay LLC Series 4039 Meadow Foxtail Dr. and 4039 Meadow Foxtail Dr Trust (hereinafter "Saticoy Bay" or "defendant"), through its attorney, the Law Offices of Michael F. Bohn, Esq., Ltd.; plaintiff Nationstar Mortgage LLC, by and through its counsel, Melanie D. Morgan, Esq.; and defendant Sunrise Ridge Master Homeowners Association ("HOA"), by and through its counsel, J. William Ebert, Esq., as follows:

1. On March 23, 2018, this court entered an order staying this matter.

2. As part of the stay order, this court denied Saticoy Bay's motion to dismiss [ECF No. 12] and motion for summary judgment [ECF No. 41]; plaintiff's motion for summary judgment [ECF No. 40];

1

and the HOA's motion to dismiss [ECF No. 14] and motion for summary judgment [ECF No. 42] without prejudice.

3. On August 2, 2018, the Nevada Supreme Court answered the certified question.

4. On August 23, 2018, the court entered a minute order that the stay be lifted.

5. The order extended the deadline to file any dispositive motions to September 24, 2018.

6. Due to the number of cases which have become unstayed as a result of the resolution of the certified question, counsel for all parties wish to have additional time to file modified or renewed motions.

6. Accordingly, the parties hereby request this court set the following deadlines

    a. All parties shall have until October 8, 2018, to file modified or renewed motions for summary judgment.

/ / /

/ / /

/ / /

b.  The parties shall file their pretrial order no later than November 8, 2018, which date shall be stayed by the filing of a motion or motions for summary judgment.

Dated this 20th day of September, 2018.

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | AKERMAN LLP |
| By: /s/ Nikoll Nikci, Esq.<br>    Michael F. Bohn, Esq.<br>    Nikoll Nikci, Esq.<br>    2260 Corporate Cir, Suite 480<br>    Henderson, Nevada 89074<br>    Attorney for defendants Saticoy Bay LLC<br>    Series 4039 Meadow Foxtail Dr. and 4039<br>    Meadow Foxtail Dr Trust | By: /s/ Scott Lachman, Esq.<br>    Melanie D. Morgan, Esq.<br>    Scott Lachman, Esq.<br>    1635 Village Center Circle, Suite 200<br>    Las Vegas, Nevada 89134<br>    Attorney for plaintiff Nationstar Mortgage<br>    LLC |

LIPSON, NEILSON P.C.

By: /s/ Megan H. Hummel, Esq.
    J. William Ebert, Esq.
    Megan H. Hummel, Esq.
    9900 Covington Cross Dr, Suite 120
    Las Vegas, Nevada 89144
    Attorney for defendant Sunrise Ridge
    Master Homeowners Association

## **ORDER**

Pursuant to the stipulation of the parties, the dates are hereby set as stated above.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: September 23, 2018.

3