MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendants Saticoy Bay LLC
Series 4039 Meadow Foxtail Dr. and
4039 Meadow Foxtail Dr Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | CASE NO.: 2:17-cv-01586-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE NATIONSTAR MORTGAGE, LLC'S MOTION FOR SUMMARY JUDGMENT** |
| SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; 4039 MEADOW FOXTAIL DR. TRUST; SATICOY BAY LLC, SERIES 4039 MEADOW FOXTAIL DR.; NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between defendants Saticoy Bay LLC Series 4039 Meadow Foxtail Dr and 4039 Meadow Foxtail Dr Trust (hereinafter collectively referred to as "Saticoy Bay"), by and through their attorney, the Law Offices of Michael F. Bohn, Esq., Ltd.; plaintiff Nationstar Mortgage LLC, by and through its counsel, Vatana Lay, Esq.; and defendant Sunrise Ridge Master Homeowners Association ("HOA"), by and through its counsel, Megan H. Hummel, Esq., that the date for Saticoy Bay to file its opposition to plaintiff Nationstar Mortgage, LLC's motion for summary judgment

///

///

///

1

(ECF 55) filed on September 24, 2018, shall be extended from October 15, 2018, to November 21, 2018.

DATED this 13th day of November, 2018.

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | AKERMAN LLP |
| By: /s/ Adam R. Trippiedi, Esq.<br>    Michael F. Bohn, Esq.<br>    Adam R. Trippiedi, Esq.<br>    2260 Corporate Cir, Suite 480<br>    Henderson, Nevada 89074<br>    Attorney for defendants Saticoy Bay LLC<br>    Series 4039 Meadow Foxtail Dr. and 4039<br>    Meadow Foxtail Dr Trust | By: /s/ Vatana Lay, Esq.<br>    Melanie D. Morgan, Esq.<br>    Vatana Lay, Esq.<br>    1635 Village Center Circle, Suite 200<br>    Las Vegas, Nevada 89134<br>    Attorney for plaintiff Nationstar Mortgage<br>    LLC |

LIPSON, NEILSON P.C.

By: /s/ Megan H. Hummel, Esq.
    J. William Ebert, Esq.
    Megan H. Hummel, Esq.
    9900 Covington Cross Dr, Suite 120
    Las Vegas, Nevada 89144
    Attorney for defendant Sunrise Ridge
    Master Homeowners Association

## **ORDER**

Pursuant to the stipulation of the parties, the dates are hereby set as stated above.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: November 15, 2018.