MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; 4039 MEADOW FOXTAIL DR. TRUST; SATICOY BAY LLC, SERIES 4039 MEADOW FOXTAIL DR.; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01586-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY SUPPORTING MOTION FOR SUMMARY JUDGMENT [ECF NO. 55]**<br><br>**[FIRST REQUEST]** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and defendants Sunrise Ridge Master Homeowners Association, 4039 Meadow Foxtail Dr. Trust (**Trust**), and Saticoy Bay LLC, Series 4039 Meadow Foxtail Dr. (**Saticoy**) (collectively **Parties**) respectfully submit the following stipulation to allow Nationstar fourteen additional days to reply supporting their summary judgment motions, ECF No. 55.

Nationstar filed its summary judgment motion on September 24, 2018. (ECF No. 55.) The Court granted the Parties stipulation to extend the time to respond to Nationstar's motion for summary judgment to November 21, 2018. (ECF No. 65.) The Trust and Saticoy responded to Nationstar's motion for summary judgment on November 21, 2018. (ECF No. 66.) Nationstar's reply is due December 5, 2018.

47100128;1

The Parties stipulate Nationstar shall have up to, through and including **December 19, 2018** to reply supporting its motions for summary judgment, ECF No. 55.

The Parties make this stipulation due to the holiday season and to allow Nationstar additional time to prepare its briefing. This is the Parties' first request to extend the reply briefing deadline. This stipulation is not made to cause delay or prejudice to any party.

DATED this 29th day of November, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
| /s/ Vatana Lay | /s/ Megan H. Hummel |
| MELANIE D. MORGAN, ESQ. | J. WILLIAM EBERT, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 2697 |
| VATANA LAY | MEGAN H. HUMMEL, ESQ. |
| Nevada Bar No. 12993 | Nevada Bar No. 12404 |
| AKERMAN LLP | 9900 Covington Cross Dr., Ste. 120 |
| 1635 Village Center Circle, Ste. 200 | Las Vegas, NV 89144 |
| Las Vegas, Nevada 89134 | Telephone: (702) 382-1500 |
| Telephone: (702) 634-5000 | Facsimile: (702) 382-1512 |
| Facsimile: (702) 380-8572 | *Attorneys for Sunrise Ridge Master* |
| *Attorneys for Nationstar Mortgage LLC* | *Homeowners Association* |

**LAW OFFICE OF MICHAEL F. BOHN**

/s/ Adam R. Trippiedi
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, NV 89074
Telephone: (702) 642-3113
Facsimile: (702) 642-9766
*Attorneys for 4039 Meadow Foxtail Dr.*
*Trust and Saticoy Bay LLC, Series 4039*
*Meadow Foxtail Dr.*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: December 6, 2018.

47100128;1