MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; 4039 MEADOW FOXTAIL DR. TRUST; SATICOY BAY LLC, SERIES 4039 MEADOW FOXTAIL DR.; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01586-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Nationstar Mortgage LLC hereby provides notice that Vatana Lay, Esq. is no longer associated with the law firm of Akerman LLP.

…

…

…

…

…

…

…

1

47523158;1

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC., in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Scott R. Lachman, Esq.

DATED this 15th day of January, 2019

**AKERMAN LLP**

/s/ *Scott R. Lachman, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: January 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE

2

47523158;1