LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com

*Attorneys for Sunrise Ridge Master Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC., <br><br> Plaintiff, <br><br> vs. <br><br> SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; 4039 MEADOW FOXTAI; DR. TRUST; SATICOY BAY LLC, SERIES 4039 MEADOW FOXTAIL DR.; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | CASE NO.: 2:17-cv-01586-RFB-NJK <br><br> **MOTION TO REMOVE ATTORNEY FROM THE ELECTRONIC SERVICE LIST** |

Defendant, Sunrise Ridge Master Homeowners Association ("SRM"), by and through its counsel of record, LIPSON NEILSON P.C., hereby provides notice that attorney Megan H. Hummel, Esq. is no longer an associate on the above-captioned case.

LIPSON NEILSON P.C., continue to serve as counsel for SRM in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove Megan H. Hummel, Esq., from the electronic service list in

\ \ \

\ \ \

\ \ \

this action. All future correspondence, papers, and future notices should continue to be

directed to J. William Ebert, Esq.

  Dated this 7th day of April, 2020.

              LIPSON NEILSON P.C.

              */s/ J. William Ebert*
           By: _____
            J. William Ebert, Esq. (Bar No. 2697)
            9900 Covington Cross Dr., Suite 120
            Las Vegas, Nevada 89144

            *Attorneys for Defendant*
            *Sunrise Ridge Master Homeowners Association*

IT IS SO ORDERED.
Dated: April 7, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge